Appeals of the City of New York, Appellants, and POHL-ABBOTT CONSTRUCTION COMPANY, Intervenor, Appellant.—As the action of the board was quasi-judicial, we think that the order should be modified by striking out the provision as to costs, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN S. DOWD, Appellant, v. THOMAS J. DRENNAN, as Fire Commissioner, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

PATRICK J. SULLIVAN, Respondent, v. FIREMEN'S MUTUAL BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK and Others, Appellants. (Appeal No. 1.) — Order of July 2, 1920, reversed, and motion for framing issues denied, without costs. Since plaintiff has ceased to be a director of this corporation, his standing is merely that of a member whose remedy is under the general equity jurisdiction. Questions of neglect or failure of defendants to perform their duties, when raised by persons or officials suing under section 91 of the General Corporation Law, are triable by a jury. But that does not apply to one whose standing now is merely that of a member. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

PATRICK J. SULLIVAN, Respondent, v. FIREMEN'S MUTUAL BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK and Others, Appellants. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

TILLIE TASHLINSKY, Respondent, v. LINDLEY M. GARRISON, Receiver of THE NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Order unanimously affirmed, with costs of the appeal to abide the event. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

JOSEPH ZIRN, as Administrator, etc., of MATILDA C. ZIRN, Deceased, Respondent, v. ULSTER AND DELAWARE RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

JOSEF REITER, Appellant, v. E. R. SHERBURNE COMPANY and LAWYERS TITLE AND TRUST COMPANY, Respondents.—As this action was brought and this application is made so short a time before the limitation date for drafts under the letter of credit, and as the Special Term has exercised its discretion in denying this motion, passing upon disputed questions of fact as to the agreement of August, 1920, we think that the application for an injunction should be denied, and the temporary stay vacated, with ten dollars costs. Present — Jenks, P. J., Putnam, Blackmar and Kelly, JJ.

ROBERT H. WILSON, as Trustee, etc., Respondent, v. LIVINGSTON HATCH, JR., and PAYSON HATCH, Appellants, Impleaded with Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Putnam, Blackmar and Kelly, JJ.

BIRDIE BAKERMAN, Appellant, v. PAULINE NIELAND and Others, as Administrators, etc., of HENRY NIELAND, Deceased, and Individually, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ.